■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL STOEFFLER, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Stolarik, J.), rendered August 27, 1984, convicting him of robbery in the first degree and burglary in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and the contentions asserted in the defendant's pro se supplemental brief and conclude that an affirmance is warranted. Mollen, P. J., Thompson, Brown and Rubin, JJ., concur.